United States District Court
Southern District of New York

RECEIVED
SDNY PRO SE OFFICE
2022 MAR 16  PM 2:42

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: __Ralph Rodriguez__ -v- __Edward Burnett, et. Al__
(Enter the full name of the plaintiff(s).) (Enter the full name of the defendant(s).)

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $400 has been paid, no matter what the outcome of the action.

*********************************************************************

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, __Ralph Rodriguez__ (print or type your name), request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $400 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

__2-1__, 20__22__    __[signature]__
*Date Signed*        *Signature of Plaintiff*

N.Y.S.I.D. # _____

Local Jail/Facility I.D. # __17A0928__

Federal Bureau of Prisons I.D. # _____

*Rev. 05/2007*