AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | |
| v. | | Civil Action No. |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

S. Harrold

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# DEFENDANTS AND SERVICE ADDRESSES

1. State of New York
   Attorney General of State of New York
   28 Liberty Street
   New York, NY 10005

2. Edward Burnett
   Superintendent
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

3. Akinola Franci Akinyombo
   Deputy Superintendent
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

4. Davachi M. Sullivan
   Nurse Practitioner
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

5. Sally A. Reams
   Supervisor of Inmate Grievance Program
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

6. John F. Woods
   Deputy Superintendent of Program
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

7. Alexandra Ayana Gibbons
   Correctional Officer
   Fishkill Correctional Facility
   18 Strack Drive
   Beacon, NY 12508-0307

8. Luis Gonzalez
   Assistant Deputy Superintendent
   Fishkill Correctional Facility

        18 Strack Drive
        Beacon, NY 12508-0307

9.    Stephen Urbanski
       Deputy Superintendent of Security
       Fishkill Correctional Facility
       18 Strack Drive
       Beacon, NY 12508-0307

10.   Sharon L. Frost
       Deputy Superintendent of Administration
       Fishkill Correctional Facility
       18 Strack Drive
       Beacon, NY 12508-0307

11.   Charmaine Waylon
       Nurse Administrator
       Fishkill Correctional Facility
       18 Strack Drive
       Beacon, NY 12508-0307