**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| RALPH RODRIGUEZ | 22-cv-02198 (PMH) |
| DEFENDANT | TYPE OF PROCESS |
| EDWARD BURNETT, ET AL. | Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Edward Burnett, Superintendent
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Fishkill Correctional Facility, 18 Strack Drive, Beacon, NY 12508-0307

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Ralph Rodriguez, DIN: 17A0928
Fishkill Correctional Facility
P.O. Box 307
Beacon, NY 12508

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:
S. Harrold
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER:
DATE: 6/8/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: 6/8/22

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Penny Reynolds - IRC
Date: 6/10/22   Time: 2:30 [X] pm

REMARKS:

Service fee = 4 hrs = $260
Mi fee = 140 mi = $81.90
Total = $341.90

Form USM-285
Rev. 03/21