UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

22-cv-02198(PMH)

Ralph Rodrigue, Din # 17A0928
                Plaintiff

MOTION FOR THE APPOINTMENT
OF COUNSEL AND RULE 33.2
APPLICATION

        -A G A I N S T-

Edward Burnett.,et.,al

I Ralph Rodriguez, din number 17A0928, am the plaintiff in the above mention claim,

and affirm the following as tru

1. The address of plaintiff is                                                                    eacon
New York 12508.

2. Plaintiff was granted "IN F                                                                    tes
that the same status is true an

3. Plaintiff is Pro-se, and on                                                                    nto
affect by the honorable Philip                                                                    to
defendants motion to dismiss.

4. Plaintiff is not a lawyer a

court and humbly request the "Appointment of Counsel", to represent plaintiff as to

ensure the Equal Protection of the law and Constitution.

5. Plaintiff is unable to afford counsel, and the issues within the involved case is

complex and consist of "Excessive Force Claims", wherefore a rule 33.2 is humbly

also being requested.

6. Plaintiff has attempted to acquire counsel with no success and to date no law

firm has contacted plaintiff.

WHEREFORE, plaintiff humbly request this Honorable Court to appoint counsel to

represent plaintiff.

   7-1-23

---

Application denied. Plaintiff may consult the New York Legal
Assistance Group referenced in the Court's May 31, 2023 Order
(Doc. 39).

The Clerk of Court is respectfully directed to: (i) terminate the
motion sequence pending at Doc. 43; and (ii) mail a copy of this
Order to Plaintiff.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        July 25, 2023

---

X
17A0928
Fishk.ll correctional facilty
po Box 307, Beacon NY 12508