UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RODRIGUEZ,

                Plaintiff,

v.

BURNETT, et al.,

                Defendants.
-----------------------------------------------------------X

**ORDER**

22-cv-02198 (PMH)

PHILIP M. HALPERN, United States District Judge:

The initial pretrial conference scheduled for August 30, 2023 is hereby adjourned to **October 3, 2023 at 10:00 a.m.,** to be held by telephone conference. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

Counsel for defendants is instructed to mail a copy of this Order to Plaintiff.

SO-ORDERED:

Dated: New York, New York
       August 22, 2023

_____
Philip M. Halpern
United States District Judge