# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Ralph Rodriguez
_Write the full name of each plaintiff or petitioner._

Case No. 22 cv 02198 (PMH)

-against-

Edward Burnett, et al
_Write the full name of each defendant or respondent._

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Plaintiff Ralph Rodriguez
_plaintiff or defendant_   _name of party who is making the motion_

requests that the Court: ensures the following is answered, Initial Disclosures Fed. Rule Civ. Pro. 26 and 33 Plaintiffs answer to Defendants Interrogatories and Production of Documents, Plaintiffs request for Documents and Interrogatories to defendants

_Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know._

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☒ the following additional documents: Rodriguez v. Burnett et al 22-cv-02198

Signature

170528
_Prison Identification # (if incarcerated)_

Beacon  NY  12508
    _State_   _Zip Code_

E-mail Address (if available)

---

**Defendants are directed to respond to Plaintiff's motion to compel and affirmation in support of the motion filed on October 27, 2023 (Docs. 62-63) by November 7, 2023.**

**The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.**

**SO ORDERED.**

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       October 31, 2023

Ralph Rodriguez
17A6424
Fishkill C.F
P.O Box 307
Beacon NY 12508

Legal
Mail!
Urgent

Southern District of
New York
Pro-se Department 22-cv-2198
500 Pearl Street   PMH
New York, NY 10007



RECEIVED
OCT 27 2023
PRO SE OFFICE