UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
RALPH RODRIGUEZ,

                Plaintiff,

      - against -

EDWARD BURNETT,
AKINOLA FRANCI AKINYOMBO, DAVACHI M. SULLIVAN, SALLY A. REAMS, JOHN F. WOODS, ALEXANDRA GIBBONS, LUIS GONZALEZ, STEPHEN URBANSKI, SHARON L. FROST, CHARMAINE WAYLON, THE STATE OF NEW YORK,

                Defendants.
-------------------------------------------------------------- X

Case No. 22-CV-02198-PMH

**ORDER AUTHORIZING THE DEPOSITION OF INCARCERATED PLAINTIFF**

**IT IS HEREBY ORDERED**, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), that an Assistant Attorney General, as well as counsel for all other defendants, may take the deposition of inmate Plaintiff RALPH RODRIGUEZ, DIN # 17A0928, before a notary public or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a Correctional Facility maintained by the New York State Department of Corrections and Community Supervision, or virtually via a remote deposition at the same, upon notice to Plaintiff and the Superintendent of the Correctional Facility.

Dated:  White Plains, New York
         November 3, 2023

SO ORDERED.

_____
PHILIP M. HALPERN, ~~U.S.D.J~~
United States District Judge