# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Ralph Rodriguez

Write the full name of each plaintiff or petitioner.

Case No. 22 cv 02198 (PMH)

-against-

Edward Burnett, et al

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that **Plaintiff** *Ralph Rodriguez* (plaintiff or defendant / name of party who is making the motion)

requests that the Court: ensures the following is answered,
Initial Disclosures Fed.
Plaintiff's answer to Defendants
Production of Documents
and Interrogatories to

Briefly describe what you want the court to do. You...
the statute under which you are making the motion,

> Application denied without prejudice to renewal. To the extent Plaintiff seeks to compel responses to his October 13, 2023 discovery demands, that request is premature. Defendants' deadline to respond to the October 13 demands is November 13, 2023. To the extent that Plaintiff seeks to compel responses to his October 27, 2023 discovery demands, that motion is improper because Plaintiff has not served Defendants with the October 27 demands.
>
> The Clerk of Court is respectfully directed to (i) terminate the motion sequence pending at Doc. 62; and (ii) mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 7, 2023

In support of this motion, I submit the following:

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☑ the following additional documents:

22-cv-02198

10-17-23
Dated

Ralph Rodriguez
Name

Prison Identification # (if incarcerated)

Fishkill Correctional, P.O. Box 307, Beacon NY 12508
Address / City / State / Zip Code

Telephone Number (if available)    E-mail Address (if available)

Ralph Rodriguez
17A0424
Fishkill C.F
P.O Box 307
Beacon NY 12508

Southern District of
New York
Pro-se Department 22-cv-2198 PMH
500 Pearl Street
New York, NY 10007

Legal
Mail
Urgent



RECEIVED
OCT 27 2023
PRO SE OFFICE