UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RALPH RODRIGUEZ,

                                                   **ORDER**

                    Plaintiff,

v.                                               22-CV-2198 (PMH)

EDWARD BURNETT, et al.,

                    Defendants.
-----------------------------------------------------------X

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on March 16, 2022. (Doc. 2). On June 7, 2023, the Court granted in part and denied in part Defendants' motion to dismiss the Complaint. (Doc. 40). The parties engaged in discovery thereafter. Defendants' request for permission to move for summary judgment was granted on May 3, 2024 and the Court entered a briefing schedule. (Doc. 84). On May 31, 2024, Defendants filed their motion for summary judgment. (Doc. 91). Plaintiff's opposition was due by June 28, 2024. (*See* Docs. 84, 89). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion for summary judgment until August 9, 2024. Defendants' reply, if any, is due August 23, 2024.

      **If Plaintiff fails to file his opposition by August 9, 2024, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

      Counsel for Defendants is instructed to mail a copy of this Order to Plaintiff and file proof of service on the docket.

Dated: White Plains, New York
         July 10, 2024

                                                 SO ORDERED:

                                                 _____
                                                 Philip M. Halpern
                                                 United States District Judge